# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **MARTY LEJEUNE #448744** | **CASE NO. 6:19-CV-00030 SEC P** |
| **VERSUS** | **JUDGE JUNEAU** |
| **DARREL VANNOY** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition for habeas corpus should be **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE** in Chambers on this ___9th___ day of ___April___, 2019.

 Michael J. Juneau
 **United States District Judge**